GREGGORY J. SAVAGE, Esq.
*Admitted Pro Hac Vice*
CALVIN R. WINDER, Esq.
Nevada Bar No. 13032
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:   (801) 532-1500
Fax:   (801) 532-7543
Email:   gsavage@rqn.com
   cwinder@rqn.com

LOUIS M. BUBALA III, Esq.
Nevada Bar No. 8974
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone:  (775) 852-3900
Fax:   (775) 327-2011
Email:   lbubala@kcnvlaw.com

*Attorneys for Defendant Chris Russell*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SEAN KEALEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHRIS RUSSELL, an individual; and DOE DEFENDANTS 1–10,<br><br>Defendants. | Case No. 3:19-cv-00741-RCJ-CLB |

**DEFENDANT CHRIS RUSSELL'S REMOVAL STATEMENT**

Pursuant to the Court's December 13, 2019 Minute Order (ECF No. 4), Defendant Chris Russell hereby states as follows:

1. Defendant Chris Russell was served with a copy of the Complaint on November 21, 2019.

2. Defendant Chris Russell was served with a copy of the Summons on November 21, 2019.

3. Plaintiff Sean Kealey is a citizen of Nevada. *See* Compl. ¶ 1 (ECF No. 1, Ex. 1). Defendant Chris Russell is a citizen of Utah, *see id.* ¶ 2, and there are no other named defendants in this action. Concerning the amount in controversy, Defendant Chris Russell states:

   a. Plaintiff has alleged a 25 percent interest in the profits of a limited partnership, which Plaintiff alleges is in excess of $15,000.00. *See id.* ¶¶ 11–30, 51–52.

   b. Plaintiff has alleged he is owed $98,942.00 for his partnership interest in Quad Cities Nissan. *See id.* ¶ 26.

   c. Plaintiff has alleged he is owed $84,437.00 in compensation for management duties he performed in a second stint with Quad Cities Nissan. *See id.* ¶ 33.

   d. Plaintiff has alleged Defendant Chris Russell tortiously interfered with Plaintiff becoming Executive Manager of Nissan Carson City, which Plaintiff estimates would have resulted in annual compensation of $1,000,000.00. *See id.* ¶¶ 31, 55–60, 75–80.

   e. Plaintiff has alleged Defendant Chris Russell has been unjustly enriched in the amount of at least $180,000.00. *See id.* ¶¶ 70–71.

   f. Therefore, Plaintiff has alleged damages well in excess of $75,000.00, exclusive of interest and costs.

4. Defendant Chris Russell's Notice of Removal was filed within thirty (30) days of first receiving a copy of the Summons and Complaint.

5. The state court action was commenced less than one (1) year prior to the date of removal.

6. Defendant Chris Russell is the only named defendant in this action.

DATED December 16, 2019

RAY QUINNEY & NEBEKER P.C.

By: */s/ Greggory J. Savage*
    GREGGORY J. SAVAGE
    *Admitted Pro Hac Vice*
    CALVIN R. WINDER
    Nevada Bar No. 13032
    36 South State Street, Suite 1400
    Salt Lake City, Utah 84111
    Telephone: (801) 532-1500
    Fax: (801) 532-7543
    Email: gsavage@rqn.com
            cwinder@rqn.com

KAEMPFER CROWELL

By: */s/ Louis M. Bubala III*
    LOUIS M. BUBALA III
    Nevada Bar No. 8974
    50 West Liberty St., Suite 700
    Reno, Nevada 89501
    Telephone: (775) 852-3900
    Fax: (775) 327-2011
    Email: lbubala@kcnvlaw.com

# CERTIFICATE OF SERVICE

I certify that I am an employee of Kaempfer Crowell, I am over the age of 18 and my business address is 50 W. Liberty Street, Suite 700, Reno, Nevada.  On December 16 2019, I electronically filed the foregoing **DEFENDANT CHRIS RUSSELL'S REMOVAL STATEMENT** with the Clerk of this Court by using the CM/ECF system which provided notice to the following interested parties:

>Kenneth K. Ching, Esq.
>Argentum Law
>6121 Lakeside Dr., Suite 208
>Reno, Nevada 89511

I declare under penalty of perjury that the foregoing is true and correct.

Dated December 16, 2019.

    /s/     Merrilyn Marsh
    An employee of Kaempfer Crowell