## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SEAN KEALEY,

    Plaintiff,

vs.

CHRIS RUSSELL,

    Defendants.

3:19-CV-0741-RCJ-CLB

**MINUTE ORDER**

June 23, 2020

✓ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 2 3 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

PRESENT:  **THE HONORABLE CARLA BALDWIN,**   U.S. MAGISTRATE JUDGE

DEPUTY CLERK: **LISA MANN**   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

On June 22, 2020, the plaintiff filed a motion to withdraw first amended complaint (ECF No 40). Plaintiff's motion is GRANTED. Therefore, the first amended complaint (ECF No. 39) is STRICKEN.

This case shall proceed with the operative complaint (ECF No. 1-1).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
Lisa Mann, Deputy Clerk