Kenneth K. Ching, Esq.
Nevada Bar No. 10542
Argentum Law
6121 Lakeside Dr., Suite 208
Reno, Nevada 89511
Telephone: (775) 235.5115
ken@argentumnv.com
Attorney for Plaintiff Sean Kealey

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SEAN KEALEY, an individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>CHRIS RUSSELL, an individual; and DOE DEFENDANTS 1-10;<br><br>            Defendants. | Case No.:    3:19-CV-00741-RCJ-CLB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

### ORDER FOR DISMISSAL WITH PREJUDICE

The parties, by and through their respective counsel of record, having settled all claims in this matter, hereby stipulate to dismiss this matter with prejudice pursuant to FRCP 41(a)(2) and LR 7-1 of the Local Rules of Practice for the United States District Court for the District of Nevada with each party bearing their own fees and costs.

DATED this 6th day of January, 2021.            DATED this 6th day of January, 2021.

ARGENTUM LAW                                    RAY QUINNEY & NEBEKER, P.C.


By:  /s/ Kenneth Ching                          By:  /s/ Greggory J. Savage
   KENNETH K. CHING, ESQ.                          GREGGORY J. SAVAGE, ESQ.
   Nevada Bar No. 10542                            36 South State Street, Suite 1400
   6121 Lakeside Dr., Ste. 208                     Salt Lake City, Utah 84111
   Reno, Nevada 89511                              *Attorneys for Defendant Chris Russell*
   *Attorney for Sean Kealey*

1

KAEMPFER CROWELL

By:  /s/ Louis M. Bubala, III
    LOUIS M. BUBALA, III, ESQ.
    SIHOMARA GRAVES, ESQ.
    50 West Liberty Street, Suite 700
    Reno, Nevada 89501
    *Attorneys for Defendant Chris Russell*

### ORDER

IT IS HEREBY ORDERED that the above referenced case, Case No. 3:19-CV-00741, is dismissed with prejudice. Each party shall bear their own fees and costs.

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

DATED this 7th day of January, 2021.

2